AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LARRY J. ROWE

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER WILLIAM ALTON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER WILLIAM ALTON**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                          City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

# STATEMENT OF FACTS

      On July 17, 2007, an officer with the United States Park Police conducted a traffic stop at G Street, and Burns Street, S.E., Washington, D.C. During the course of the traffic stop, the defendant, Larry Rowe, began to visibly shake when the officer asked if he had any narcotics in the vehicle. The officer requested a K9 to scan the outside of the vehicle. After the K9 alerted to the driver's side of the vehicle, the defendant was removed from the vehicle. A search of the vehicle revealed a black plastic bag in the center console. Recovered from the bag were 4 sandwich bags containing a green plant-like substance, 11 sandwich bags containing a white powder substance, and 2 sandwich bags containing an off white rock-like substance. Also recovered from the center console was another sandwich bag containing a white powder substance. The off white rock-like substance appeared to be crack cocaine. A portion of the off white rock-like substance field tested positive for cocaine base, and weighed approximately 76 grams. A portion of the white powder substance field tested positive for cocaine, and weighed approximately 372 grams, and a portion of the green plant-like substance field tested positive for THC and weighed approximately 111 grams. Recovered from the defendant's left pocket was $477.25 in U.S. Currency. Officers placed the defendant under arrest. The weight of the off white rock-like substance is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER WILLIAM ALTON
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF JULY, 2007.

_____
U.S. MAGISTRATE JUDGE