**U.S. DISTRICT COURT**
**DISTRICT of COLUMBIA (Washington, DC)**

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 1:07-mj-00363-DAR** |
| | ) | |
| **LARRY ROWE,** | ) | |
|         **Defendant** | ) | |
| | ) | |

## MOTION TO ENTER APPEARANCE

Please enter attorney Jon W. Norris as counsel of record in the above captioned

matter.  Counsel is in good standing with this Court.

Respectfully submitted,

JON W. NORRIS, ESQ.

/s/

_____

Jon W. Norris
The Law Offices of Jon W. Norris
641 Indiana Avenue N.W.. 2nd Flr.
Washington, D.C. 20004
Tel # 202.842.2695
Fax# 202.842.2627
Email: jonnorrislaw@gmail.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2day of August, 2007, the foregoing motion was served

electronically upon all counsel on the ECF service list, and via U.S. Mail upon the following:

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

/s/

_____
Jon W. Norris

**U.S. DISTRICT COURT**
**DISTRICT of COLUMBIA (Washington, DC)**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 1:07-mj-00363-DAR** |
| | ) | |
| **LARRY ROWE,** | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on Attorney Norris' Motion to Enter

Appearance it is, this \_\_\_\_ day of August 2007, hereby **ORDERED** that Attorney  Norris'

Motion is **GRANTED.**


_____                                        _____
Date                                                                    The Honorable Judge

Jon W. Norris
The Law Offices of Jon W. Norris
641 Indiana Avenue N.W.. 2^nd^ Flr.
Washington, D.C. 20004
Tel # 202.842.2695
Fax# 202.842.2627
Email: jonnorrislaw@gmail.com

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530