U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) ) ) | |
| v. | ) | No. 1:07-mj-00363-DAR |
| LARRY ROWE, | ) ) | |
| Defendant | ) ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF ROBERT M. SIMELS,
COUNSEL FOR DEFENDANT, LARRY ROWE**

Jon W. Norris, an attorney in good standing of this Court, hereby respectfully moves the Court for entry of an order permitting attorney Robert M. Simels to appear *pro hac vice* in accordance with Local Civil Rule 83.2, as counsel of record on behalf of defendant Larry Rowe. In support thereof we state per Local Civil Rule 83.2 the following:

1. The attorney in question is Robert Matteson Simels.

2. The address and telephone number for Mr. Simels' office is 1735 York Avenue, New York, NY 10128, Phone: 212-369-3900.

3. Mr. Simels has been admitted to the following bars: the State Courts of New York and Maryland; the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Pennsylvania, the District of Maryland; the United States Supreme Court; the United States Tax Court; and the United States Circuit Courts of Appeals for the 1st, 2nd, 4th, 6th, and 11th Circuits.

4. Mr. Simels has not be disciplined by any bar and the accompanying certificate of good standing indicates this.

5. Mr. Simels had been admitted *pro hac vice* into this court no times in the last two years.

6. Mr. Simels does not practice law from an office located in the District of Columbia.

We hereby submit the accompanying certification together with a draft order for the Court's consideration.

Respectfully submitted,

JON W. NORRIS, ESQ.

/s/

_____

Jon W. Norris
The Law Offices of Jon W. Norris
641 Indiana Avenue N.W.. 2nd Flr.
Washington, D.C. 20004
Tel # 202.842.2695
Fax# 202.842.2627
Email: jonnorrislaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2007, the foregoing motion was served electronically upon all counsel on the ECF service list, and via U.S. Mail upon the following:

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

/s/
_____
Jon W. Norris

**U.S. DISTRICT COURT**
**DISTRICT of COLUMBIA (Washington, DC)**

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| ) | |
| ) | |
| v. ) | No. 1:07-mj-00363-DAR |
| ) | |
| **LARRY ROWE,** ) | |
| **Defendant** ) | |
| ) | |

**ORDER**

This matter having come before the Court on Attorney Norris' Motion for Pro Hac Vice Admission of Mr. Robert M. Simels, as Counsel for Larry Rowe, and after conducting a review of the Motion, it is, this 1st day of August 2007, hereby **ORDERED** that Attorney Norris' Motion is **GRANTED** and Mr. Robert M. Simels is permitted to appear pro hac vice as counsel of record in the above captioned case.

_____                                           _____
Date                                                                       The Honorable Judge


Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

3

U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | No. 1:07-mj-00363-DAR |
| | ) | |
| **LARRY ROWE,** | ) | |
| **Defendant** | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF ROBERT M. SIMELS,
COUNSEL FOR DEFENDANT, LARRY ROWE**

Jon W. Norris, an attorney in good standing of this Court, hereby respectfully moves the Court for entry of an order permitting attorney Robert M. Simels to appear *pro hac vice* in accordance with Local Civil Rule 83.2, as counsel of record on behalf of defendant Larry Rowe. In support thereof we state per Local Civil Rule 83.2 the following:

1. The attorney in question is Robert Matteson Simels.

2. The address and telephone number for Mr. Simels' office is 1735 York Avenue, New York, NY 10128, Phone: 212-369-3900.

3. Mr. Simels has been admitted to the following bars: the State Courts of New York and Maryland; the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Pennsylvania, the District of Maryland; the United States Supreme Court; the United States Tax Court; and the United States Circuit Courts of Appeals for the 1st, 2nd, 4th, 6th, and 11th Circuits.

4. Mr. Simels has not be disciplined by any bar and the accompanying certificate of good standing indicates this.

5. Mr. Simels had been admitted *pro hac vice* into this court no times in the last two years.

6. Mr. Simels does not practice law from an office located in the District of Columbia.

We hereby submit the accompanying certification together with a draft order for the Court's consideration.

              Respectfully submitted,

              JON W. NORRIS, ESQ.

              /s/

              _____
              Jon W. Norris
              The Law Offices of Jon W. Norris
              641 Indiana Avenue N.W.. 2nd Flr.
              Washington, D.C. 20004
              Tel # 202.842.2695
              Fax# 202.842.2627
              Email: jonnorrislaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2007, the foregoing motion was served electronically upon all counsel on the ECF service list, and via U.S. Mail upon the following:

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

              /s/
              _____
              Jon W. Norris

U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | No. 1:07-mj-00363-DAR |
| | ) | |
| **LARRY ROWE,** | ) | |
|         **Defendant** | ) | |

## **ORDER**

      This matter having come before the Court on Attorney Norris' Motion for Pro Hac Vice Admission of Mr. Robert M. Simels, as Counsel for Larry Rowe, and after conducting a review of the Motion, it is, this 1st day of August 2007, hereby **ORDERED** that Attorney Norris' Motion is **GRANTED** and Mr. Robert M. Simels is permitted to appear pro hac vice as counsel of record in the above captioned case.

_____                                             _____
Date                                                                                            The Honorable Judge

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530