

# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Robert Matteson Simels** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26 th** day of **February 1975** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **March 01, 2007**



*James Edward Pelzer*
Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ROBERT M. SIMELS__, Bar # __RS0433__

was duly admitted to practice in this Court on

__JUNE 10ᵀᴴ, 1975__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York       on   MARCH 1ˢᵗ, 2007

J. MICHAEL McMAHON
Clerk

by: _[signature]_
Deputy Clerk