U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

| | ) | |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | No. 1:07-mj-00363-DAR |
| | ) | |
| **LARRY ROWE,** | ) | |
| **Defendant** | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of attorney Jon W. Norris as counsel of record in the above captioned matter. Counsel is in good standing with this Court.

Respectfully submitted,

JON W. NORRIS, ESQ.

/s/

_____

Jon W. Norris
The Law Offices of Jon W. Norris
641 Indiana Avenue N.W.. 2nd Flr.
Washington, D.C. 20004
Tel # 202.842.2695
Fax# 202.842.2627
Email: jonnorrislaw@gmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7day of August, 2007, the foregoing notice was served electronically upon all counsel on the ECF service list, and via U.S. Mail upon the following:

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

/s/
_____
Jon W. Norris

2