U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v.  ) | No. 1:07-mj-00363-DAR |
| ) | |
| **LARRY ROWE,** ) | |
| **Defendant** ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF ROBERT M. SIMELS,
COUNSEL FOR DEFENDANT, LARRY ROWE**

Jon W. Norris, an attorney in good standing of this Court, hereby respectfully moves the Court for entry of an order permitting attorney Robert M. Simels to appear *pro hac vice* in accordance with Local Civil Rule 83.2, as counsel of record on behalf of defendant Larry Rowe. In support thereof we state per Local Civil Rule 83.2 the following:

1. The attorney in question is Robert Matteson Simels.

2. The address and telephone number for Mr. Simels' office is 1735 York Avenue, New York, NY 10128, Phone: 212-369-3900.

3. Mr. Simels has been admitted to the following bars: the State Courts of New York and Maryland; the United States District Courts for the Southern and Eastern Districts of New York, the Western District of Pennsylvania, the District of Maryland; the United States Supreme Court; the United States Tax Court; and the United States Circuit Courts of Appeals for the 1st, 2nd, 4th, 6th, and 11th Circuits.

4. Mr. Simels has not been disciplined by any bar and the accompanying certificate of good standing indicates this.

5. Mr. Simels had been admitted *pro hac vice* into this court no times in the last two years.

6. Mr. Simels does not practice law from an office located in the District of Columbia.

We hereby submit the accompanying certification together with a draft order for the Court's consideration.

          Respectfully submitted,

          JON W. NORRIS, ESQ.

          /s/
          _____
          Jon W. Norris
          The Law Offices of Jon W. Norris
          641 Indiana Avenue N.W.. 2nd Flr.
          Washington, D.C. 20004
          Tel # 202.842.2695
          Fax# 202.842.2627
          Email: jonnorrislaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, the foregoing motion was served electronically upon all counsel on the ECF service list, and via U.S. Mail upon the following:

Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530

          /s/
          _____
          Jon W. Norris



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Robert Matteson Simels** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **26 th** day of **February 1975** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **March 01, 2007**



*James Edward Pelzer*
Clerk

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ROBERT M. SIMELS__, Bar # __RS0433__

was duly admitted to practice in this Court on

__JUNE 10ᵀᴴ, 1975__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __MARCH 1ˢᵗ, 2007__

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk

U.S. DISTRICT COURT
DISTRICT of COLUMBIA (Washington, DC)

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | No. 1:07-mj-00363-DAR |
| | ) | |
| **LARRY ROWE,** | ) | |
| **Defendant** | ) | |

## ORDER

This matter having come before the Court on Attorney Norris' Motion for Pro Hac Vice Admission of Mr. Robert M. Simels, as Counsel for Larry Rowe, and after conducting a review of the Motion, it is, this _____ day of August 2007, hereby **ORDERED** that Attorney Norris' Motion is **GRANTED** and Mr. Robert M. Simels is permitted to appear pro hac vice as counsel of record in the above captioned case.


_____                                              _____
Date                                                                        The Honorable Judge


Robert M. Simels, Esquire
Robert M. Simels, P.C.
1735 York Avenue
New York, New York 10128

Angela S. George
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC  20530