UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : MAGISTRATE NO. 07-0363M-01 (CR)

LARRY J. ROWE, :

**FILED**

## DISMISSAL

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 4978610

BY: _____
PATRICIA STEWART
ASSISTANT UNITED STATES ATTORNEY
Bar No. 358910
Deputy Chief, Federal Major Crimes Section
555 4th Street, N.W., Room 4247
Washington, D.C. 20530
(202) 514-7064

APPROVED AND GRANTED THIS 10th
DAY OF August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE