UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 07-00363 (DAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **LARRY ROWE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Karla-Dee Clark**, at telephone number **(202) 514-6940** and/or email address [Karla-Dee.Clark@usdoj.gov](mailto:Karla-Dee.Clark@usdoj.gov). **Karla-Dee Clark**, will substitute for former Assistant United States Attorney **Rhonda Campbell** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____/s/_____
**Karla-Dee Clark, # 435-782**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW, Room 4846**
**Washington, DC 20530**
**(202) 514-6940**